# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:11 CV 15

| | |
|---|---|
| WENDY M. WEEKS, )  )  Plaintiff )  )  V )  MICHAEL J. ASTRUE, )  COMMISSIONER OF SOCIAL )  SECURITY ADMINISTRATION, )  )  Defendant. ) | **ORDER** |

**THIS MATTER** is before the court on Russell R. Bowling's Application for Admission to Practice *Pro Hac Vice* of Jaya A. Shurtliff. It appearing that Jaya A. Shurtliff is a member in good standing with the New York Bar and will be appearing with Russell R. Bowling, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Russell R. Bowling's Application for Admission to Practice *Pro Hac Vice* (#9) of Jaya A. Shurtliff is **GRANTED**, and that Jaya A. Shurtliff is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Russell R. Bowling.

Signed: August 23, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge