# United States District Court
# For The Western District of North Carolina
# Asheville Division

WENDY M. WEEKS,,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  2:11cv15

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/06/2012 Order.

                                            Signed: July 6, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court